# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1701
_____

Frank J. Cummins, Jr.

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: February 15, 2019
Filed: March 8, 2019
[Unpublished]

_____

Before GRUENDER, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Frank J. Cummins, Jr., appeals from the order of the District Court[1] granting the Social Security Administration Commissioner's motion to dismiss as untimely Cummins's 42 U.S.C. § 405(g) complaint. After de novo review, we conclude that the complaint was properly dismissed. See Bess v. Barnhart, 337 F.3d 988, 989 (8th Cir. 2003) (per curiam) (standard of review). Further, there was no basis for granting Cummins leave to file his amended complaint or for granting his post-judgment motion. We affirm the judgment, and we deny the pending appellate motions.

_____

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).